IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )         8:11CR249
                            )
       v.                   )
                            )
HOLLIE DEVERS,              )         ORDER
                            )
            Defendant.      )
_____)
```

This matter is before the Court on plaintiff's motion for hearing on change of plea date or, in the alternative, for trial or, continue trial (Filing No. 17), and on defendant's motion to continue trial (Filing No. 18) with attached waiver of speedy trial.  Accordingly,

IT IS ORDERED that the motions are granted.  Trial of this matter is scheduled for:

**Tuesday, December 13, 2011, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties will have additional time to prepare for trial or pursue plea negotiations and it will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between October 21, 2011, and December 13, 2011, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 21st day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court