IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR249 |
| | ) | |
| v. | ) | |
| | ) | |
| HOLLIE DEVERS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to seal (Filing No. 39). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Defendant's motion regarding the above-captioned defendant shall remain sealed pending further order of the Court.

DATED this 6th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court